IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAULA KOHLHAPP,

    Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

8:24CV436

ORDER

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 6.) recommending that the Court dismiss the plaintiff's complaint for failure of service and failure to prosecute. There has been no objection. See 28 U.S.C. § 636(b)(1); NECivR 72.2.

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States,* 501 U.S. 923 (1991.) A party's failure to file an objection to a report and recommendation of a magistrate judge, therefore, waives not only de novo review, "but *any* review by the Court." *Ramos v. Farmers Ins. (NWL),* 586 F.Supp.3d 968, 969 (D.Neb. 2022) (citing *Thomas v. Arn*, 474 U.S. 140, 149-51, 106 S.Ct. 466 (1985); *United States v. Wise,* 588 F.3d 531, 537 n.5 (8th Cir. 2009); *Daley v. Marriott Int'l, Inc.,* 415 F.3d 889, 893 (8th Cir. 2005)). Accordingly, the Magistrate Judge's Findings and Recommendation is adopted, and any objection is deemed waived.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 6.) is adopted.
2. This case is dismissed.
3. A separate judgment will be entered.

Dated this 1st day of April, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge